The hearing may take place within five (5) days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.  At the hearing you may explain to the judge why you think you do not owe the money to the Government; or why you think that amount of the wage garnishment is improper; or why you think an exemption may apply to what the Government is taking.  If you do not request a hearing within (20) days after you receive this notice, your wages may be garnished and applied to the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than twenty 20 days after you receive this notice, for this proceeding to take your wages be transferred by the court to the Federal judicial district in which you reside.    You must make your request in writing and either mail it or deliver it in person to the clerk of the Court at 141 Church Street, New Haven, Connecticut 06508.    If you wish, you may use the accompanying Debtor's Request for Hearing form.  You must also send a copy of your request to the Government c/o Christine Sciarrino, Assistant U.S. Attorney, at United States Attorney's Office, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510, so the Government will know you want the proceeding to be transferred.

On the day of the hearing, you should come to court ready to explain why you do not owe the Government money, why the amount of the wage garnishment is improper,or exempted.    You should also bring with you any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property should not be taken, you may lose some of your rights.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.  The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

CLERK, UNITED STATES DISTRICT COURT

6